# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

| | | |
|---|---|---|
| LEONARD REED, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | No. 3:11-cv-00232-JJV |
| MICHAEL J. ASTRUE, Commissioner, | * | |
| Social Security Administration, | * | |
| | * | |
| Defendant. | * | |

## ORDER

For good cause shown, Mr. Reed's Motion to Dismiss (Doc. No. 13) is GRANTED and his Complaint (Doc. No. 2) is DISMISSED without prejudice.

IT IS SO ORDERED this 26th day of January, 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE