## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

| | | |
|---|---|---|
| LEONARD REED, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | No. 3:11-cv-00232-JJV |
| MICHAEL J. ASTRUE, Commissioner, | * | |
| Social Security Administration, | * | |
| | * | |
| Defendant. | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED without prejudice.

IT IS SO ORDERED this 26th day of January, 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE